| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br><br>CURTIS DARBY,<br><br>                Plaintiff,<br><br>      -against-<br><br>NEW YORK CITY POLICE DEPARTMENT,<br><br>                Defendant.<br>-----------------------------------------------------------x<br><br>CURTIS DARBY,<br><br>                Plaintiff,<br><br>      -against-<br><br>NEW YORK CITY POLICE DEPARTMENT,<br><br>                Defendant.<br>-----------------------------------------------------------x | NOT FOR PUBLICATION<br><br><br>MEMORANDUM AND ORDER<br><br><br>14-cv-4078<br><br><br><br><br><br><br><br><br><br>14-cv-4682 |

JOHN GLEESON, United States District Judge:

       *Pro se* plaintiff Curtis Darby currently has two cases pending in this Court against the New York City Police Department. The first, docketed under number 14-cv-4078, was originally filed in the Southern District of New York and transferred to this Court on June 30, 2014. *See* No. 14-cv-4078, Transfer Order, June 30, 2014, ECF No. 3. The second case, docketed as number 14-cv-4682, was filed in this Court on August 1, 2014. *See* No. 14-cv-4682, Compl., Aug. 1, 2014, ECF No. 1. Both cases complain of the same alleged police misconduct.

       On September 5, 2014, the Court received a letter from Darby making clear that he wants the August 1, 2014, complaint in the case docketed as 14-cv-4682 to instead be considered an amended complaint in the case docketed as 14-cv-4078. *See* No. 14-4078, Letter,

Sept. 5, 2014, ECF No. 11.  Accordingly, rather than have two duplicative cases, the Clerk is respectfully directed to file the complaint from the 14-cv-4682 case as an amended complaint in the 14-cv-4078 case and to close the 14-cv-4682 case.  All future filings shall only be docketed in the 14-cv-4078 case.

        So ordered.


        John Gleeson, U.S.D.J.


Dated: September 8, 2014
      Brooklyn, New York